UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC 31 A 10: 58
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOHN MORTIMER,<br>Plaintiff,<br><br>vs.<br><br>GEORGE MACCALLUM and the<br>SUFFOLK COUNTY<br>SHERIFF'S DEPARTMENT<br>Defendants | CIVIL ACTION No. 03-1244RCL |

### NOTICE OF APPEARANCE

Please enter my appearance for Defendant Suffolk County Sheriff's Department in the above-entitled action.

Respectfully Submitted
For Defendant
Suffolk County Sheriff's Department
By its attorney

_AJ Williamson_
AJ Williamson
BBO # 650027
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6651

Dated: 12/23/03