UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 31  A 10: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHN MORTIMER,
      Plaintiff,

vs.

GEORGE MACCALLUM and the
SUFFOLK COUNTY
SHERIFF'S DEPARTMENT
      Defendants

CIVIL ACTION No. 03-1244RCL

## DEFENDANT SUFFOLK COUNTY SHERIFF'S DEPARTMENT'S ASSENTED TO MOTION TO ENARGE TIME TO FILE RESPONSIVE PLEADING PURSUANT TO FED.R.CIV.P. 6(b)

Now comes the Defendant, Suffolk County Sheriff's Department, and moves that this Court enlarge the time to file a responsive pleading, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. As reason therefore, Defendant states that more time is required to properly prepare a meaningful response. Defendant respectfully requests a three-week extension, to January 26, 2004. Counsel for Plaintiff has assented to the enlargement.

Respectfully Submitted:

| For Plaintiff | For Defendant |
| John Mortimer | Suffolk County Sheriff's Department |
| By His Attorney | By Its Attorney |

_Keith J. Nicholson_ (ATW)
Keith J. Nicholson
BBO #634726
Robert A. George & Assoc.
138 Newbury Street, Suite 3
Boston, MA 02116
(617) 262-6900

_AJ Williamson_
AJ Williamson
BBO # 650027
Assistant General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 989-6651

Date: 12/23/2003

Certificate of Counsel Pursuant to Local Rule 7.1

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the Plaintiff in an attempt to resolve the issues that are the subject of the accompanying motion.

Date: 12/23/03        _AJ Williamson_
                      AJ Williamson