UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MORTIMER,<br>　　　Plaintiff,<br><br>vs.<br><br>GEORGE MACCALLUM and the<br>SUFFOLK COUNTY<br>SHERIFF'S DEPARTMENT<br>　　　Defendants | CIVIL ACTION No. 03-1244RCL |

### DEFENDANT SUFFOLK COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS COUNTS II AND III OF PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)

NOW comes the Defendant, Suffolk County Sheriff's Department, and submits its Motion to Dismiss Counts II and III of Plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted. As reasons therefore, Defendant relies on the attached Memorandum of Law.

Defendant respectfully requests a hearing on this matter.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted
　　　　　　　　　　　　　　　　　　　For Defendant
　　　　　　　　　　　　　　　　　　　Suffolk County Sheriff's Department
　　　　　　　　　　　　　　　　　　　By its attorney

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　AJ Williamson
　　　　　　　　　　　　　　　　　　　BBO # 650027
　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　Suffolk County Sheriff's Department
　　　　　　　　　　　　　　　　　　　200 Nashua Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02114
Dated: 1/26/04　　　　　　　　　　　　(617) 989-6651

## Certificate of Service

I, AJ Williamson, hereby certify that I have sent copy of the above Motion to Plaintiff's Counsel, Keith J. Nicholson, Robert A. George & Associates, 138 Newbury Street, Suite 3, Boston, MA 02116 by first class mail this 26th day of January, 2004.

_____
AJ Williamson

## Certificate of Compliance With Local Rule 7.1(A)(2)

Counsel for the Defendant Suffolk County Sheriff's Department hereby certifies pursuant to Local Rule 7.1 that he has conferred with counsel for the Plaintiff and that he has attempted in good faith to resolve and narrow the issues in the above Motion To Dismiss.

_____
AJ Williamson