UNITED STATES DICTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MORTIMER,<br>Plaintiff,<br><br>vs.<br><br>GEORGE MACCALLUM and the<br>SUFFOLK COUNTY<br>SHERIFF'S DEPARTMENT,<br>Defendants. | CIVIL ACTION NO. 03-1244RCL |

## PLAINTIFF JOHN MORTIMER'S ASSENTED TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT SUFFOLK COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS COUNT II AND III OF PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)

Now comes the Plaintiff, John Mortimer, by and through his counsel and moves this Honorable Court to enlarge the time to file a responsive pleading to the defendant, Suffolk County Sheriff's Department's, Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). As reason therefore, the Plaintiff states that more time is required to properly prepare a meaningful response. Plaintiff respectfully requests a continuance until and including February 17, 2004 for filing. Counsel for the Defendant has assented to the requested enlargement.

Respectfully Submitted:

| For Plaintiff, | For Defendant, |
|---|---|
| John Mortimer, | Suffolk County Sheriff's Dept. |
| By His Attorney, | By Its Attorney, |

Keith J. Nicholson, Esq.
BBO# 634726
Robert George & Assoc.
138 Newbury Street, Suite 3
Boston, MA 02116
(617) 262-6900

A.J. Williamson, Esq.
BBO# 650027
Assistant General Counsel
Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
(617) 989-6651

Dated: February 9, 2004

### Certificate of Counsel Pursuant to Local Rule 7.1

Pursuant to L.R.7.1(A)(2), I certify that I have conferred with counsel for the Defendant in an effort to resolve all issues raised in the accompanying motion.

Dated: February 9, 2004

Keith J. Nicholson, Esq.