AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

JOHN MORTIMER

V.

GEORGE MACCALLUM AND THE
SUFFOLK COUNTY SHERIFF'S DEPT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03-12447RCL**

TO: (Name and address of Defendant)

C.O. GEORGE MACCALLUM
SUFFOLK COUNTY SHERIFF'S DEPARTMENT
200 NASHUA STREET
BOSTON, MA

50 FRANKLIN STREET, #14
STONEHAM, MA 02180-1814

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keith J. Nicholson, Esq.
Robert A. George & Assoc.
138 Newbury Street, Suite 3
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

December 4, 2003

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

March 4, 2004

I hereby certify and return that on 3/1/2004 at 12:20PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of C.O. GEORGE MACCALLUM, , 50 FRANKLIN Street APT # 14 STONEHAM, MA 02180 and by mailing 1st class to the above address on 3/1/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($2.40), Postage and Handling ($3.00), Travel ($5.76) Total Charges $41.16

*[signature: Lawrence McMahon]*

Deputy Sheriff

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.