UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MORTIMER,  )<br>　　Plaintiff　　　　)<br>　　　　　　　　　　)<br>　　v.　　　　　　　　)<br>　　　　　　　　　　)<br>GEORGE MACCALLUM, and the  )<br>SUFFOLK COUNTY SHERIFF'S  )<br>DEPARTMENT　　　　)<br>　　Defendants　　　)<br>　　　　　　　　　　) | Civil Action No. 03-12447-RCL |

**MOTION OF AJ WILLIAMSON TO WITHDRAW**

　　Attorney AJ Williamson moves that this Court allow him to withdraw from this case as the attorney of record for the Defendant Suffolk County Sheriff's Department. The reason for the motion is that the undersigned attorney has resigned his position as Assistant General Counsel for the Suffolk County Sheriff's Department. New Counsel will be entering a Notice of Appearance contemporaneously, and the defendant will suffer no prejudice nor will the Court or Plaintiff be inconvenienced.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　For the Defendant

Date:  9/9/04　　　　　　　　　　　　　/s/ AJ Williamson (MFR)
　　　　　　　　　　　　　　　　　　　　AJ Williamson
　　　　　　　　　　　　　　　　　　　　B.B.O.# 650027
　　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　　Suffolk County Sheriff's Department
　　　　　　　　　　　　　　　　　　　　20 Bradston Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02118
　　　　　　　　　　　　　　　　　　　　(617) 635-1100