UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JOHN MORTIMER,                         )
    Plaintiff                              )
                                           )
v.                                     ) Civil Action No. 03-12447-RCL
                                           )
GEORGE MACCALLUM and the               )
SUFFOLK COUNTY SHERIFF'S DEPARTMENT, )
_____Defendants                  _____)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED CLERK:

Please accept the appearance of Attorney Maria F. Romero as attorney of record for the Defendant Suffolk County Sheriff's Department in the above-captioned matter.

    Respectfully Submitted,
    For the Defendant,
    Suffolk County Sheriff's Department,
    By their Attorney

    /s/ Maria F. Romero
    Maria F. Romero
    Assistant General Counsel
    BBO #561976
    200 Nashua Street
    Boston, MA 02114
    (617) 635-1100, Ext. 6684

Dated: September 9, 2004