UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN MORTIMER,<br>    Plaintiff<br><br>vs.<br><br>GEORGE MACCALLUM and the<br>SUFFOLK COUNTY<br>SHERIFF'S DEPARTMENT,<br>    Defendants | )<br>)<br>)<br>)   C.A. NO.: 03-12447RCL<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SUFFOLK COUNTY SHERIFF'S DEPARTMENT PURSUANT TO FED. R. CIV. P. 41(a)(1)

Now comes the Plaintiff, John Mortimer, in the above-captioned matter and requests that this Court dismiss the above action with prejudice and without costs.

Respectfully Submitted,

| JOHN MORTIMER,<br>By His Attorney, | SUFFOLK COUNTY SHERIFF'S DEPT.,<br>By Its Attorney, |
|---|---|
| /s/ Keith J. Nicholson<br>Keith J. Nicholson, Esquire<br>BBO #634726<br>77 Newbury Street, Suite 4<br>Boston, MA 02116<br>(617) 262-2023 | /s/ Maria Romero<br>Maria Romero, Esquire<br>BBO # 561976<br>Suffolk County Sheriff's Department<br>200 Nashua Street<br>Boston, MA 02114<br>(617) 989-6684 |
| Dated: June 10, 2005 | Dated: June 10, 2005 |