UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MORTIMER,<br>    Plaintiff<br><br>vs.<br><br>GEORGE MACCALLUM and the<br>SUFFOLK COUNTY<br>SHERIFF'S DEPARTMENT,<br>    Defendants | )<br>)<br>)<br>)   C.A. NO.: 03-12447RCL<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR DEFAULT JUDGMENT AGAINST GEORGE MACCALLUM
PURSUANT TO FED. R. CIV. P. 55(a)**

Now comes the Plaintiff, John Mortimer, in the above-captioned matter and requests that this Court enter a default judgment against defendant George MacCallum pursuant to Fed. R. Civ. P. 55(a).

Respectfully Submitted,

JOHN MORTIMER,
By His Attorney,

_/s/ Keith J. Nicholson_
Keith J. Nicholson, Esquire
BBO # 634726
77 Newbury Street, Suite 4
Boston, MA 02116
(617) 262-2023

Dated: July 7, 2005