UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JOHN MORTIMER**

**V.**                                      CIVIL ACTION NO. 03-12447-RCL

**GEORGE MACCALLUM**

## NOTICE OF DEFAULT

Upon application of the plaintiff, **John Mortimer**, for order of Default for failure of the defendant, **George MacCallum** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 25th day of July, 2005.

Sarah A. Thornton, CLERK

By:/s/ Lisa M. Hourihan
July 25, 2005                                      Deputy Clerk