```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

JOHN MORTIMER,
      Plaintiff

V.                                                                CIVIL ACTION NO. 03-12447-RCL

GEORGE MACCALLUM,
      Defendant

### PROCEDURAL ORDER ON DEFAULT

**LINDSAY, D.J.**

    On <u>July 25, 2005</u>, notice of default was issued as to defendant <u>George MacCallum</u> pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default (including a proposed form of judgment by default), it shall do so on or before <u>September 30, 2005</u>. Failure to do so may result in dismissal.

September 15, 2005                      By the Court,

                                                           /s/ Lisa M. Hourihan
                                                           Deputy Clerk